UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMY ARMSTRONG,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | CASE NO.   C07-5689KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

DATED this 10th day of January, 2008.

*/s/ Karen L. Strombom*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1