UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMY ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.　C07-5689 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that the decision of the Commissioner determining Amy Armstrong to not be disabled be remanded to the Commissioner for further administrative proceedings. The Commissioner has not filed an objection.

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　The ALJ erred in his decision as described in the report;

(3)　The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

(4)　The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 24th day of November, 2008.

　　　　　　　　　　　　　　　/s/ Franklin D. Burgess
　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1