# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMY ARMSTRONG

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C07-5689 FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.  The Court adopts the Report and Recommendation;

2.  The ALJ erred in his decision as described in the report;

3.  The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

November 25, 2008        BRUCE RIFKIN
                                                         Clerk

                                           Jennie L. Patton
                                           Deputy Clerk