# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY ARMSTRONG, ) | |
| ) | CIVIL NO. C07-5689 FDB |
| Plaintiff, ) | |
| ) | ORDER FOR EAJA FEES, |
| vs. ) | COSTS AND EXPENSES |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant stipulating to said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,572.36 and expenses of $70.50 pursuant to 28 U.S.C. § 2412, payable to Plaintiff's attorney Michael C. Blanton.

DATED this 6th day of January, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE